Rob Saltzman, Esquire
**PLUESE, BECKER & SALTZMAN, LLC**
Attorneys At Law
RS1765
20000 Horizon Way, Suite 900
Mount Laurel, New Jersey 08054
(856) 813-1700
Attorneys for the Mortgagee
File No. 68563

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| In re: | : | CASE NO. 11-25989-MS |
|  | : | CHAPTER 13 |
| Norbey A. Aguirre |  |  |
|  | : | ENTRY OF APPEARANCE AND REQUEST FOR SERVICE |
| Debtor | : | OF NOTICES, PLEADINGS, ETC. |
|  | : |  |

Please take notice that the undersigned hereby enters appearance in the above-captioned matter on behalf of the secured creditor, BankUnited, and that, pursuant to Rule 2002(g), secured creditor hereby requests that all Notices, Pleadings and any other documents pertaining to this case be sent to both of the following addresses:

PLUESE, BECKER & SALTZMAN, LLC          BankUnited, FSB
20000 Horizon Way, Suite 900                    7815 NW 148 Street
Mount Laurel, New Jersey 08054                 Miami Lakes, FL 33016


 /s/ Rob Saltzman
Rob Saltzman, Esquire
Attorney for Secured Creditor,
BankUnited


DATED:  June 29, 2011